**EXHIBIT A: PROPOSED FORM OF SUBPOENA TO SILVACO INC.
FOR THE PRODUCTION OF DOCUMENTS**

## **DEFINITIONS**

A. "You" and "Your" and "Silvaco" mean Silvaco, Inc., a Delaware corporation qualified for the transaction of intrastate business in the State of California, with California Corporate number C2675421, and headquartered at 2811 Mission College Boulevard, 6th floor, Santa Clara, CA 95054, and each of its current and former members, parents, subsidiaries, funds, affiliates, officers, partners, members, directors, trustees, employees, representatives, agents, attorneys, associates, auditors, financial advisors, bankers, experts, or any other person acting on its behalf.

B. "Concerning" means regarding, relating to, referring to, reflecting, discussing, describing, analyzing, supporting, evidencing, constituting, comprising, containing, setting forth, showing, disclosing, explaining, summarizing, or mentioning.

C. "Documents" is intended to have the broadest possible meaning under Rule 34 of the Federal Rules of Civil Procedure and means all written, printed, typed, electronically stored, recorded, graphic or photographic matter, including sound reproduction, however produced or reproduced, whether mechanically or electronically recorded, regardless of whether draft, final, original, reproduction, signed or unsigned, regardless of whether approved, signed, sent, received, redrafted, or executed, and whether handwritten, typed, printed, photostated, duplicated, carbon or otherwise copied or produced in any other manner whatsoever.  Without limiting the foregoing, the term "Document" includes correspondence, communications, minutes, notes, reports, file notes, correspondence, presentations, tests, analyses, studies, contracts, agreements, term sheets, letters, telegrams, mailgrams, memoranda, inter-office or intra-office communications, memoranda for files, memoranda of telephone or other conversations or meetings, any type of transcript (including conference calls and television interviews), press releases, statements, financial models, calendars, appointment books, schedules, bulletins, checks, invoices, receipts and statements of account, ledgers, notes or notations, notes or memorandum attached to or to be read with any document, booklets, books, notebooks, work papers, drawings, graphs, charts, photographs, phone records, video or voicerecordings, electronic tapes, printouts, data cards, and other data compilations from which information can be obtained.  "Documents" also shall include all electronic data including e-mails and any related attachments, electronic files or other data compilations which relate to the categories of documents listed above, whether stored on a personal computer, network computer system, backup computer tape, server, and/or disk, or by some other storage mechanism or database.

Copies of Documents, which are not identical duplications of the originals or which contain additions to or deletions from the originals, copies, or drafts, shall be considered to be separate Documents.

      D.      "Document Requests" means the requests for production of Documents set forth herein.

      E.      "Including" means "including but not limited to."

      F.      "Person" means any natural person or any business, legal or governmental entity or association.

      G.      Whenever necessary to bring within the scope of these requests Documents that might otherwise be construed to be outside their scope:

          (a)      the use of a verb in any tense shall be construed as the use of that verb in all other tenses;

          (b)      the use of a word in its singular form shall be deemed to include within its use the plural form as well;

          (c)      the use of a word in its plural form shall be deemed to include within its use the singular form as well;

          (d)      the use of any capitalized word shall include the same word uncapitalized, and the use of any uncapitalized word shall include the same word capitalized;

          (e)      the connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery requests all Documents that might otherwise be construed to be outside its scope; and

          (f)      the terms "all" and "each" shall be construed as all and each.

      H.      "Aldini" means Aldini AG and and each of its current and former members, parents, subsidiaries, funds, affiliates, officers, partners, members, directors, trustees, employees, representatives, agents, attorneys, associates, auditors, financial advisors, bankers, experts, or any other person acting on its behalf.

I. "Dolphin Integration" means la société anonyme Dolphin Integration, a French company incorporated and registered under number 331 951 939 with the Company Registry Grenoble, France (*Registre du commerce et des sociétés* – "RCS"), and each of its current and former members, parents, subsidiaries, funds, affiliates, officers, partners, members, directors, trustees, employees, representatives, agents, attorneys, associates, auditors, financial advisors, bankers, experts, or any other person acting on its behalf.

J. "Dolphin Design" means the société par actions simplifiée Dolphin Design, a French company incorporated and registered under number 841 620 743 with the Company Register Grenoble, France (*Registre du commerce et des sociétés* – "RCS"), and each of its current and former members, parents, subsidiaries, funds, affiliates, officers, partners, members, directors, trustees, employees, representatives, agents, attorneys, associates, auditors, financial advisors, bankers, experts, or any other person acting on its behalf.

K. "Soitec" means the société anonyme Soitec, a French company incorporated and registered under number 384 711 909 with the Company Registry Grenoble, France (*Registre du commerce et des sociétés* – "RCS"), and each of its current and former members, parents, subsidiaries, funds, affiliates, officers, partners, members, directors, trustees, employees, representatives, agents, attorneys, associates, auditors, financial advisors, bankers, experts, or any other person acting on its behalf.

L. "MBDA" means the société par actions simplifiée MBDA France, a French company incorporated and registered under number 378 168 470 with the Company Registry Nanterre, France (*Registre du commerce et des sociétés* – "RCS"), and each of its current and former members, parents, subsidiaries, funds, affiliates, officers, partners, members, directors, trustees, employees, representatives, agents, attorneys, associates, auditors, financial advisors, bankers, experts, or any other person acting on its behalf.

M. "Bouvier" means Mr. Antoine Bouvier (former President of MBDA in any capacity or personally).

N. "Berger" means Mr. Henri Berger (CEO of MBDA in any capacity or personally).

O. "Beriot" means Mr. José Beriot (Soitec's Vice President of Public Affairs and a former member of the Board of Directors of Dolphin Integration in any capacity or personally).

P.     "Van den Bossche" means Mr. Harold van den Bossche (MBDA's Director Industrial Policy & Supply Chain Management and a former member of the Board of Directors of Dolphin Integration in any capacity or personally).

Q.     "Zimmer" means Mr. Günter Zimmer (member of the Board of Directors of Dolphin Integration in any capacity or personally).

R.     "David" means Ms. Pascale David (member of the Board of Directors of Dolphin Integration in any capacity or personally).

S.     "Gorgy" means Mr. Nicholas Gorgy (former member of the Board of Directors of Dolphin Integration in any capacity or personally).

T.     "Ugnon-Coussioz" means Mr. Bernard Ugnon-Coussioz (member of the Board of Directors of Dolphin Integration in any capacity or personally).

U.     "Depeyrot" means Mr. Michel Depeyrot (founder and former president of Dolphin Integration in any capacity or personally).

V.     "Dupont" means Mr. Christian Dupont (former CEO of Dolphin Integration and former President of Dolphin Design in any capacity or personally).

W.     "Sommelet" means Mr. Thierry Sommelet (President of Dolphin Integration in any capacity or personally).

X.     "Bourde" means Mr. Paul Bourde (CEO of Dolphin Integration in any capacity or personally).

Y.     "Roumezi" means the bankruptcy trustee (*Liquidateur judiciaire*) Maître Christophe Roumezi in whatever capacity or personally.

Z.     "Mazure" means Carlos Mazure (EVP of Soitec and Chairman of the SOI Industry Consortium in any capacity or personally).

AA.    "Sapin" means Mr. Bruno Sapin and SELARL AJ Partenaires (original trustee in the French conciliation, administration, and bankruptcy proceedings concerning Dolphin Integration in any capacity or personally).

BB.	"Nagabbo" means Mr. Olivier Nagabbo, French Public Prosecutor (*Procureur de la République*) acting in the Dolphin Integration insolvency and related proceedings.

CC.	"Parly" means Florence Parly, the French Minister of Defense in whatever capacity or personally.

DD.	"DGA" means the French government's defense procurement agency in charge of the purchase of weapon systems for the French military (*Direction générale de l'armement*).

## INSTRUCTIONS

A.	Unless otherwise specified in a particular request, each request herein seeks all Documents that were dated, prepared, modified, sent, or received in the period from January 1, 2016 to the present, and any Documents related to that period whenever generated.

B.	Produce all Documents in the manner in which they are maintained in the usual course of Your business or organize and label the Documents to correspond with the categoriesin this Schedule A.  A request for a Document shall be deemed to include a request for any and all file folders within which the Document was contained, transmittal sheets, cover letters, exhibits, enclosures, or attachments to the Document in addition to the Document itself.

C.	If and to the extent Documents are maintained in a database or other electronic format, produce along with the Documents software and/or other information (such as password(s)) that will enable access to the electronic Documents or database as You would access such electronic Documents or database in the ordinary course of Your business.

D.	Produce Documents in such fashion as to identify the department, branch or office in which they were located and, where applicable, the natural person in whose possession it was found and the business and e-mail address of each Document's custodians.

E.	Any Document withheld from production based on a claim of privilege or any similar claim shall be identified by (1) the type of Document, (2) the general subject matter of the Document, (3) the date of the Document, and (4) such other information as is sufficient toidentify the Document including the author of the Document, the addressee of the Document, and, where not apparent, the relationship of the author and the addressee to each other, and any persons or entities copied on the document.  The nature of each claim of privilege shall be set forth.

F. Documents attached to each other should not be separated.

G. Documents not otherwise responsive to this discovery request shall be produced if such Documents mention, discuss, refer to, or explain the Documents which are called for by this Subpoena.

H. Notwithstanding any other Instruction or Definition herein, these Document Requests call for the production of all documents in the possession, custody, or control of Silvaco, to the fullest extent those terms allow under the law. Without limitation, this means the Document Requests call for the production of documents regardless of whether they are directly possessed by Silvaco, as long as Silvaco has control over them.

I. In collecting material in response to this discovery request, You are requested to search the electronic, e-mail, and hard copy files of all individuals, groups, or departments likely to have possessed responsive materials.

J. If You object to any part of any request, state fully in writing the nature of the objection, but comply fully with any remaining parts.

K. Each Document Request shall be construed independently and not with reference to any other Document Request for the purpose of limitation.

## **DOCUMENTS REQUESTED**

1. All partially or fully executed copies and all drafts, including any partial drafts, of the Purchase and Sale Agreement and of other agreements concerning the acquisition by Silvaco or by any other entity of assets, including the memory compiler technology and standard cell libraries, of Dolphin Design or Dolphin Integration.

2. All due diligence and valuation reports prepared in connection with the acquisition by Silvaco or by any other entity of assets, including the memory compiler technology and standard cell libraries, of Dolphin Design or Dolphin Integration.

3. All Documents concerning the memory compiler technology and standard cell libraries of Dolphin Design and Dolphin Integration, including but not limited to any plans or discussion about their potential acquisition, use or exploitation, the price demanded by and paid to

Soitec, MBDA or Dolphin Design, any negotiations concerning same, and any side agreements or letters.

4.      All Documents concerning the assets of Dolphin Design and Dolphin Integration other than the memory compiler technology and standard cell libraries, including but not limited to any plans or discussion about their potential acquisition, use or exploitation, including their price, and valuation.

5.      All Documents that mention, directly or indirectly, or were sent to or by, or were drafted by or intended for, or transmitted to or by any of Soitec, MBDA, Mr. Bouvier, Mr. Berger, Mr. Beriot, Mr. Van den Bossche, Mr. Zimmer, Ms. David, Mr. Gorgy, Mr. Ugnon-Coussioz, Mr. Depeyrot, Mr. Dupont, Mr. Sommelet, Mr. Boudre, Mr. Mazure, Mr. Sapin, SELARL AJ Partenaires, the French Public Prosecutor's Office including but not limited to Mr. Olivier Nagabbo, Mr. Christophe Roumezi, the DGA, Ms. Parly or any of her officials or colleagues, including but not limited to the Dolphin Design and Dolphin Integration assets, their valuation, assessment of the impact of the assets on Silvaco's earnings or the profitability of any acquisition of those assets, future use or re-sale, negotiations, conditions, reps and warranties, indemnification, including any Documents concerning any assessment by an independent or retained expert including any drafts.

6.      All Documents concerning the cooperation between Silvaco and Silvaco France, or any related entities or persons, directly or indirectly, with regard to Dolphin Integration or Dolphin Design assets, including but not limited to their acquisition.

7.      All Documents concerning, directly or indirectly Aldini and/or its attorney(s) or representatives.

8.      All Documents concerning the French proceedings, including but not limited to those brought by Aldini, in connection with the sale of the assets of Dolphin Design and Dolphin Integration.

9.      All Documents concerning (potential) civil or criminal liability or other risks for Silvaco, Soitec, MBDA, Mr. Bouvier, Mr. Berger, Mr. Beriot, Mr. Van den Bossche, Mr. Zimmer, Ms. David, Mr. Gorgy, Mr. Ugnon-Coussioz, Mr. Depeyrot, Mr. Dupont, Mr. Sommelet, Mr. Boudre, Mr. Mazure, Mr. Sapin, SELARL AJ Partenaires, the French Public Prosecutor's Office including but not limited to Mr. Olivier Nagabbo, Mr. Christophe Roumezi, the DGA, Ms. Parly,

Silvaco France or any other Silvaco entity, in connection with the (potential) sale and purchase of any Dolphin Design or Dolphin Integration assets.

[*Remainder of Page Intentionally Left Blank*]