1  CONNON WOOD LLP
   NICHOLAS P. CONNON, State Bar No. 150815
2  nconnon@connonwood.com
   ROBERT A. de By, *Pro Hac Vice* application pending
3  rdeby@connonwood.com
   35 East Union Street, Suite C
4  Pasadena, California 91103
   Telephone:      (626) 638-1750
5  Facsimile:      (626) 792-9304

6  Attorneys for Aldini AG

7

8                    **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11  *In re* Ex Parte Application of          Case No. 5:21-mc-80140

12  ALDINI AG                                **EX PARTE APPLICATION FOR AN
                                            ORDER PURSUANT TO 28
13                    Applicant,             U.S.C. § 1782 GRANTING LEAVE TO
                                            OBTAIN DISCOVERY FOR USE IN
14                                           FOREIGN PROCEEDINGS**

15  For an Order Pursuant to 28 U.S.C. § 1782
    Granting Leave to Obtain Discovery from
16  Silvaco Inc., for Use in Foreign
    Proceedings.
17

18  STATE OF CALIFORNIA          )

19                               ) ss.

20  COUNTY OF LOS ANGELES        )

21        I, ROBERT A. de BY, an attorney duly admitted to practice before the Bar of the State of

22  New York, hereby delare under penalty of perjury as follows:

23        1.  I am a partner of the law firm of Connon Wood LLP, attorneys for Applicant

24            Aldini AG.  I respectfully submit this declaration in support of Aldini's Ex Parte

25            Application for an Order pursuant to 28 U.S.C. § 1782 granting leave to obtain

26            discovery for use in foreign proceedings (the "Ex Parte Application").  If called as

27

28

                                         1

a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.  Annexed as <u>Exhibit 1</u> to Aldini's Ex Parte Application is a true and correct copy of a Silvaco, Inc. corporate press release dated November 12, 2020, titled "Silvaco Acquires Memory Compiler Technology of Dolphin Design SAS";

3.  Annexed as <u>Exhibit 2</u> to Aldini's Ex Parte Application is a true and correct copy of a news article from BusinessWire dated July 23, 2020, titled "Carlos Mazure, EVP of Soitec and Chairman of the SOI Industry Consortium, Joins Silvaco Board of Directors";

4.  Annexed as <u>Exhibit 3</u> to Aldini's Ex Parte Application is a true and correct copy of a Dolphin Integration corporate press release dated January 11, 2018, titled "Dolphin Integration Reports on The Financial Situation of The Company and the Availability of Documents for the February General Assembly";

5.  Annexed as <u>Exhibit 4</u> to Aldini's Ex Parte Application is a true and correct copy of a Dolphin Integration corporate press release dated April 9, 2018, titled "Dolphin Integration Announces the Increase of Its Sales Turnover at the Closing of Its Fiscal Year F-18";

6.  Annexed as <u>Exhibit 5</u> to Aldini's Ex Parte Application is a true and correct copy of a Dolphin Integration corporate press release dated June 6, 2018, titled "Dolphin Integration Updates Its Perspectives Following the Postponement of an Important Order";

7.  Annexed as <u>Exhibit 6</u> to Aldini's Ex Parte Application is a true and correct copy of a Dolphin Integration corporate press release dated July 16, 2018, titled "Dolphin Integration in Cease of Payments on July 16, 2018";

8.  Annexed as <u>Exhibit 7</u> to Aldini's Ex Parte Application is a true and correct copy of a Dolphin Integration corporate press release dated July 19, 2018, titled "Dolphin Integration in Legal Redress on July 16, 2018";

9. Annexed as <u>Exhibit 8</u> to Aldini's Ex Parte Application is a true and correct copy of a news article from Challenges Magazine dated May 2, 2019, titled "The Incredible Guerrilla War by a Swiss A Bank Against the European Missile Maker MBDA", both the original French-language version and an English-language translation;

10. Annexed as <u>Exhibit 9</u> to Aldini's Ex Parte Application is a true and correct copy of Report No. 70 of the French National Assembly, National Defense and Armed Forces Commission, Hearing of Florence Parly, Minister of the Armed Forces, on the Report to Parliament on Arms Exports from France dated July 4, 2018, together with a partial English-language translation;

11. Annexed as <u>Exhibit 10</u> to Aldini's Ex Parte Application is a true and correct copy of a Silvaco, Inc. corporate press release dated July 23, 2020, titled "Carlos Mazure, EVP of Soitec and Chairman of the SOI Industry Consortium, Joins Silvaco Board of Directors";

12. Annexed as <u>Exhibit 11</u> to Aldini's Ex Parte Application is a true and correct copy of a webpage from the Silvaco, Inc. corporate website showing "The Org" chart and profile of Carlos Mazure dated July 23, 2020, titled "Carlos Mazure Board Member at Silvaco (/org/silvaco)";

13. Annexed as <u>Exhibit 12</u> to Aldini's Ex Parte Application is a true and correct copy of a news article from Reuters dated May 15, 2019, titled "MBDA boss faces battle of wits as Airbus strategy chief";

14. Annexed as <u>Exhibit 13</u> to Aldini's Ex Parte Application is a true and correct copy of a page from Airbus's corporate website titled "General Information . . . Current capital structure";

15. Annexed as <u>Exhibit 14</u> to Aldini's Ex Parte Application is a true and correct copy of a webpage from the Silvaco, Inc. corporate website showing it is headquartered at 2811 Mission College Boulevard, 6th floor Santa Clara, CA 95054.

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3    Executed June 2, 2021, at London, United Kingdom.

4

5                    By:

6

7                    _____

8                         ROBERT A. de BY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28